UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 18-20385-BKC-AJC
CHAPTER 13

IN RE:
MARTHA L. DAVID,
    Debtor.
_____/

## **DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN**

The Debtor, MARTHA L. DAVID, by and through the undersigned attorney, moves this Honorable Court for an Order allowing modification of the Chapter 13 Plan, and states:

1. The Debtor filed for Chapter 13 Bankruptcy Code on August 27, 2018.

2. The Debtor proposes to modify her First Modified Chapter 13 Plan as the MMM has been denied for the property located at 8782 Southwest 213 Terrace, Miami, FL 33189.

3. The Debtor is current under her proposed Second Modified Chapter 13 Plan, a copy of which is attached hereto.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was Nancy Neidich, Trustee at e2c8f01@ch13herkert.com, Adam Diaz, counsel for Federal National Mtg at adiaz@shdlegalgroup.com and all others set forth in the NEF, this 16th day of April, 2020 , and this Motion and an upcoming Notice of Hearing will be served via email to those set forth in the NEF and regular mail to, Debtor, Martha David, 8782 Southwest 213 Terrace, Miami, FL 33189 and to all creditors.

    LAW OFFICES OF MICHAEL J. BROOKS, MICHAEL A. FRANK
        & RODOLFO H. DE LA GUARDIA, JR.
    Attorneys for the Debtor
    Suite 620 • Union Planters Bank Building
    10 Northwest LeJeune Road
    Miami, FL 33126-5431
    Telephone    (305) 443-4217
    Facsimile    (305) 443-3219
    Email- Pleadings@bkclawmiami.com

    By  /s/ Michael A. Frank
       Michael A. Frank
       Florida Bar No. 339075